In the Matter of the Claim of ANDREW PJATAK, Appellant, against CITY OF NEW YORK, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs, upon the ground that notice was not timely served. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH P. J. WINTER, Appellant, against W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

In the Matter of R. MONELL HERZBERG et al., Respondents, and ALESSANDRINA RUZZO et al., Appellants, v. KINGSTON TRUST COMPANY, as Executor of GEORGE F. KAUFMAN, Deceased, Respondent. VICTOR RUZZO, Appellant.— Motion to vacate the special appearance by Charles A. Ellis as attorney for 23–27 Grand Street, Inc., and to dismiss the appeal on the ground that 23–27 Grand Street, Inc., is not a party aggrieved. Motion denied, without costs and without prejudice to its renewal upon the argument of the appeal. Motion to dismiss the appeal on the ground that the appellants are not parties aggrieved. Motion denied, without costs and without prejudice to its renewal upon the argument of the appeal. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

JULIA LISS et al., Respondents, v. ANNES HOTELS, INC., Appellant.— Motion for stay pending appeal granted, without costs, upon condition that the defendant-appellant perfect its appeal, file note of issue and file and serve its record and brief on or before October 20, 1959 and be ready for argument at the November Term of this court; in default of which the stay heretofore granted will be vacated on respondents' application. Motion to dismiss appeal from an order denying a motion to dismiss the amended complaint of plaintiff Bertha Present granted, by default, without costs. Motion to dismiss appeal from an order denying a motion to dismiss the amended complaint of Julia Liss and Daniel Present granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of ADOLPH M. SCHUSTER, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Motion for an order appointing an attorney and counselor-at-law to represent the claimant on this appeal pursuant to the provisions of subdivision 1 of section 538 of the Labor Law. Motion granted and Robert L. Harder, Esq., Albany, New York, is appointed to represent claimant on this appeal. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. PERCY GILMORE, Respondent.— Motion for assignment of counsel granted and Abram Miner, Esq., of Hudson, New York, is appointed to represent the respondent on this appeal. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

JOHN HANNA et al., Doing Business under the Name of "HANNA FARMS", Respondents, v. ROBERT POTTER, Appellant.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.